160 A.3d 772

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Larry Scott KNIPPLE, Petitioner**

**No. 176 WAL 2016**

Supreme Court of Pennsylvania.

November 1, 2016

## ORDER

PER CURIAM

**AND NOW,** this 1st day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**